UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 18-md-02827-EJD<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASES** |

The Clerk of Court is directed to close the following cases, which have been related and consolidated (Dkt. No. 99) into the lead case, *In re Apple Inc. Device Performance Litigation*, Case No. 18-md-02827-EJD:

- *Gallmann v. Apple, Inc.*, 17-cv-7285-EJD
- *Hakimi v. Apple Inc.*, 17-cv-7292-EJD
- *Batista v. Apple Inc.*, 17-cv-7355-EJD
- *Liebermann et al. v. Apple Inc.*, 18-cv-00110-EJD
- *Holman v. Apple Inc.*, 18-cv-00125-EJD
- *Solak v. Apple Inc.*, 18-cv-00123-EJD
- *Munro v. Apple Inc.*, 18-cv-00128-EJD
- *Grillo v. Apple Inc.*, 18-cv-00148-EJD
- *Diner v. Apple Inc.*, 18-cv-00179-EJD
- *Littlefield et al. v. Apple Inc.*, 18-cv-00182-EJD
- *Ferguson v. Apple Inc.*, 18-cv-00206-EJD
- *Gilson v. Apple Inc.*, 18-cv-00216-EJD
- *Banks et al. v. Apple Inc.*, 18-cv-00241-EJD

ORDER DIRECTING CLERK OF COURT TO CLOSE CASES

- *Werner et al. v. Apple Inc.*, 18-cv-00283-EJD
- *White v. Apple Inc.*, 18-cv-00305-EJD
- *Neumann v. Apple Inc.*, 18-cv-00324-EJD
- *Cunningham v. Apple Inc.*, 18-cv-00338-EJD
- *Wetherald v. Apple Inc.*, 18-cv-00371-EJD
- *Johnson v. Apple Inc.*, 18-cv-00385-EJD
- *Jones, et al. v. Apple Inc.*, 18-cv-00406-EJD
- *Bilic, et al. v. Apple Inc.*, 18-cv-00449-EJD
- *Williams, et al. v. Apple Inc.*, 18-cv-00440-EJD
- *Block v. Apple Inc.*, 18-cv-00481-EJD
- *Canoa de Oliveira v. Apple Inc.*, 18-cv-00735-EJD
- *Ford v. Apple Inc.*, 18-cv-00760-EJD
- *Merenstein v. Apple Inc.*, 18-cv-00771-EJD
- *Bond v. Apple Inc.*, 18-cv-00833-EJD
- *Hawes v. Apple Inc.*, 18-cv-01339-EJD
- *Fung v. Apple Inc.*, 18-cv-01585-EJD
- *Yun v. Apple Inc.*, 18-cv-01632-EJD
- *Hogue v. Apple Inc.*, 18-cv-00910-EJD

**IT IS SO ORDERED.**

Dated: November 23, 2020

EDWARD J. DAVILA
United States District Judge

ORDER DIRECTING CLERK OF COURT TO CLOSE CASES